To: Judge Shadur  
Magistrate Judge Ashman

5-2-10 Sun.

Case #: 08CV7389

**FILED**
MAY - 6 2010
May 6 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I was informed by this court on or about December 29, 2008 that if there is a change of my address that I should notify this court (in writing). Well I've been sent to a different prison, so I guess I've done my part.

Also, I was sent here on 4-14-10 and notified the attorneys that this court assigned to my case (Cozen/O'Conners, Anthony Morrone) and have not heard back from them to let me know that they got the notice. That's when I went through my legal paper work and reread everything and saw the statement about keeping the court informed of my current address. Thank you, for your time on this,

Sincerley