**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

Daniel Pena
                      Plaintiff,

v.                                             Case No.: 1:08–cv–07389
                                                   Honorable Martin C. Ashman

Trent Williams, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 14, 2010:

      MINUTE entry before Honorable Martin C. Ashman:Magistrate Judge Status hearing held on 7/14/2010. Settlement Conference set for 8/3/2010 at 2:00 p.m., Chambers, Room 2100. All clients and parties with full authority to settle are to be physically present. Failure to have parties with full authority to settle present may result in the imposition of severe sanctions. Counsel to make arrangements for inmate to be present by telephone.(For further details see standing order on the court's web site at www.ilnd.uscourts.gov.) Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.